Filed 11/27/24  P. v. Delgado CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>NICHOLAS DELGADO,<br><br>    Defendant and Appellant. | 2d Crim. No. B334091<br>(Super. Ct. No. 2013038223)<br>(Ventura County) |

Nicholas Delgado appeals an order for restitution.  (Pen. Code,[1] § 1202.4.) We affirm.

### FACTS

Delgado entered the victim's apartment and stabbed him to death.

A jury found Delgado guilty of murder (§ 187, subd. (a)) and that he personally used a deadly weapon (§ 12022, subd. (b)(1)). Delgado admitted one prior strike.  (§§ 667, 1170.12.)  The trial court sentenced him to 51 years to life.  Following a hearing the

---

[1] All statutory references are to the Penal Code.

trial court ordered restitution in the amount of $17,986.80. Delgado appeals order for restitution.

We appointed counsel to represent Delgado in this appeal. After counsel's examination of the record, counsel filed an opening brief raising no issues.

On August 26, 2024, we advised Delgado by mail that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal. We have received no reply.

We have reviewed the entire record and are satisfied that Delgado's attorney has fully complied with her responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment (order) is affirmed.
NOT TO BE PUBLISHED.


GILBERT, P. J.


We concur:


YEGAN, J.


BALTODANO, J.

2

Marine Dernadzhayan, Judge

Superior Court County of Ventura

_____

Heather E. Shallenberger, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.